1  SUE CAMPBELL
   Attorney at Law, State Bar Number 98728
2  1155 N. First Street, Suite 101
   San Jose, California 95112
3  Phone: (408) 277-0648
   Fax:   (408) 938-1035
4
   Attorney for Plaintiffs
5

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM HOMER AND RYAN O'BRIEN AS TRUSTEES OF THE NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS LOCAL UNION #270 PENSION TRUST FUND; DENTAL FUND, VACATION FUND, UNION ADMINISTRATION FUND, PLASTERERS PROMOTION FUND, PENSION I FUND, AND PENSION II FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>RICHARD DALE GENTRY, individually and doing business as GENTRY MASONRY CONSTRUCTION,<br><br>Defendants. | CASE NO.: C03-00682 BZ (EMC)<br><br>REQUEST FOR DISMISSAL AND ORDER THEREON |

A settlement in full satisfaction of all of the claims asserted in the above captioned action against the above-named defendants having been made, all of the parties appearing in said action, by and through their attorneys, hereby agree and request that the Court order a dismissal with prejudice of the entire action, each party to bear its own costs.

Dated: _11-N-06_  _____
                  SUE CAMPBELL
                  Attorney for Plaintiffs

---

REQUEST FOR DISMISSAL

1

1  Dated: 4/7/06

DENNIS J. BYRNE
Attorney for Defendants

## ORDER

The parties having agreed and requested that a dismissal of the above action be entered, and good cause appearing therefor,

IT IS HEREBY ORDERED that the within entitled action be dismissed in its entirety with prejudice, each party to bear its own costs.

DATED: April 19, 2006

U.S. D[IS]

IT IS SO ORDERED
Judge Bernard Zimmerman

2

REQUEST FOR DISMISSAL